```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 01448
   DEON T WILLIS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0349

-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 01/23/2008 and was not confirmed.

     The case was dismissed without confirmation 04/16/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
-----------------------------------------------------------------------------
MIDLAND CREDIT MANAGEMEN  UNSECURED          252.60          .00             .00
ASSET ACCEPTANCE LLC      UNSECURED          911.04          .00             .00
CBCS                      UNSECURED       NOT FILED          .00             .00
CITY OF CHICAGO PARKING   UNSECURED         3830.00          .00             .00
ILLINOIS COLLECTION SE    UNSECURED       NOT FILED          .00             .00
ILLINOIS COLLECTION SE    UNSECURED       NOT FILED          .00             .00
ILLINOIS COLLECTION SE    UNSECURED       NOT FILED          .00             .00
MIDLAND CREDIT MANAGEMEN  UNSECURED       NOT FILED          .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           90.97          .00             .00
R&R COUNTRY               UNSECURED       NOT FILED          .00             .00
T MOBILE                  UNSECURED       NOT FILED          .00             .00
MCI COMMUNICATIONS        UNSECURED       NOT FILED          .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,500.00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        --------------          --------------
TOTALS                        .00                     .00



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 01448 DEON T WILLIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 07/23/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

                              PAGE   2
        CASE NO. 08 B 01448 DEON T WILLIS